IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GERARDO MUNIZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00463-B |
| ) | |
| **KENNETH LAMAR BARKER;** ) | |
| **S&K ROME, LLC,** ) | |
| ) | |
| Defendants. ) | |

NOTICE OF SETTLEMENT
AND
<u>JOINT STIPULATION FOR DISMISSAL</u>

Come now the parties, by and through Counsel, and hereby notify the Court that they have reached a settlement of all claims against all parties in this matter and jointly stipulate that this cause shall be dismissed with prejudice, with costs taxed as paid.

| | |
|---|---|
| /s/ *Ryan S. Pigg*  (by consent) | /s/ *D. Greg Dunagan* |
| RYAN S. PIGG | D. GREG DUNAGAN |
| THE BUZBEE FIRM | (DUNAD5372) |
| JPMorgan Chase Tower | CARR ALLISON |
| 600 Travis Street, Suite 7500 | 6251 Monroe Street, Suite 200 |
| Houston, TX 77002 | Daphne, AL 36526 |
| (713) 223-5393 | Telephone: (251) 626-9340 |
| teampigg@txattorneys.com | gdunagan@carrallison.com |
| *Attorney for Plaintiff* | *Attorney for Defendants S&K Rome, LLC, and Kenneth Lamar Barker, deceased* |

1

#8190495.1

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this 18th day of February 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed those non CM/ECF participants:

Anthony G. Buzbee
Lionel Sims, III
THE BUZBEE LAW FIRM
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, Texas 77002
tbuzbee@txattorneys.com
lsims@txattorneys.com

Zachary R. Weaver
The Hanley Weaver Law Firm
158 Congress St.
Mobile, AL 36603
zrweaver@hanleyweaver.com

                                         /s/ *D. Greg Dunagan*
                                         D. GREG DUNAGAN
                                         Attorney for Defendant

#8190495.1